v.

**Wesley HARDEN, Appellant.**

**No. 56059.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 26, 1991.

**Maria E. GONZALES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44574.**

Missouri Court of Appeals,
Western District.

Nov. 26, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 1992.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert A. Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and TURNAGE, JJ.

## ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).